JOEL A. KAUTH, CA Bar No. 186544
E-mail: joel.kauth@kppb.com
KAUTH, POMEROY, PECK & BAILEY LLP
2400 E. Katella Ave., Suite 1050
Anaheim, California 92806
Tel: 949.852.0000
Fax: 949.852.0004

Attorneys for Plaintiff
NQUEUE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NQUEUE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUITRAC CORPORATION,<br><br>　　　　Defendant. | Case No. 2:11-cv-04244-MMM (SSx)<br><br>**ORDER GRANTING DISMISSAL OF ALL CLAIMS AGAINST EQUITRAC CORPORATION WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS. | |

1     Pursuant to the stipulation of the parties, nQueue, Inc.'s claims against Equitrac Corporation shall be and are dismissed with prejudice in their entirety. Each party shall bear its own costs and attorneys' fees. Therefore, good cause having been shown, the requested dismissal is GRANTED.

    IT IS SO ORDERED.

DATED: August 14, 2012      _____

                                      Honorable Margaret M. Morrow
                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record on August 14, 2012, via the Court's ECF Filing System.

/s/ Joel A. Kauth

Joel A. Kauth